UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-326-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARK RAYFIELD BROWN, JR. ) | |
| ) | |

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the attachment to the Notice of Related Cases filed in the above-referenced case, and the government's Motion to Seal, be sealed from the public by the Clerk of Court until further order of this Court.

It is further ORDERED that the Clerk provide copies of the filed sealed documents to the Office of the United States Attorney.

SO ORDERED.

This the 29 day of December, 2016.

United States District Judge
MAGISTRATE